**No. 52030.**—American Nepheline Corp. *v.* United States, protest 124941–K (Rochester).

Opinion by JOHNSON, J. It was stipulated that the merchandise consists of ground nepheline syenite similar in all material respects to that the subject of *Great Lakes Foundry Sand Co.* v. *United States* (9 Cust. Ct. 170, C. D. 685) and *V. J. Cronin* v. *United States* (4 Cust. Ct. 86, C. D. 293). In accordance with stipulation and following the decisions cited the claim for free entry under paragraph 1775 was sustained.

**No. 52031.**—Asche-Bandor Corp. et al. *v.* United States, protests 126892–K, etc. (New York).

Opinion by JOHNSON, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

**No. 52032.**—Dolliff & McGrath et al. *v.* United States, protests 130054–K, etc. (Boston, etc.).

Opinion by JOHNSON, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

NOVEMBER 10, 1947

**No. 52033.**—Abraham & Straus, Inc. *v.* United States, petition 6583–R.— Petitioner's application for rehearing granted.

NOVEMBER 13, 1947

**No. 52034.**—H. A. Caesar & Co. *v.* United States, protests 865101–G, etc.— Plaintiff's application for rehearing granted.

BEFORE THE FIRST DIVISION, NOVEMBER 19, 1947

**No. 52035.**—Sunrise Co. *v.* United States, protest 130139–K (New York).

Opinion by OLIVER, P. J. It was stipulated that the merchandise consists of music boxes similar in all material respects to those the subject of *Thorens Co.* v. *United States* (15 Cust. Ct. 165, C. D. 965). In accordance therewith the claim of the plaintiff was sustained.